FILED & ENTERED

DEC 16 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  RON MAROKO (State Bar # 124770), Trial Attorney
   OFFICE OF THE UNITED STATES TRUSTEE
4  725 S. Figueroa St., Suite 2600
   Los Angeles, CA 90017
5  Telephone:  (213) 894-4520; Fax: (213) 894-2603
   Email: *ron.maroko@usdoj.gov*

6

7                 UNITED STATES BANKRUPTCY COURT
                  CENTRAL DISTRICT OF CALIFORNIA
8                     LOS ANGELES DIVISION

9

10

   In re:                                )  Case No.: 2:09-bk-43072-VK
11                                        )  Chapter 7
        iBeenet, Inc.                     )  (involuntary case)
12                    Alleged Debtor.     )
                                          )  **ORDER DISMISSING CASE AND**
13                                        )  **ANNULLING STAY RETROACTIVE TO**
                                          )  **DATE OF FILING**
14                                        )
                                          )  [No Hearing Required]
15  _____ )

16       The Court, having reviewed the United States Trustee's application to dismiss case under 11

17  U.S.C. § 707(a) and § 305 and to annul the stay retroactive to the day of filing, and good cause

18  appearing,

19       **THE COURT ORDERS THIS INVOLUNTARY CASE DISMISSED.**

20       THE COURT FURTHERS ORDERS that the automatic stay is annulled retroactive to the

    date of filing of this petition (November 24, 2009).
21
    ###
22

23

24  DATED: December 16, 2009        _____
                                    United States Bankruptcy Judge
25

26

27

28

                                    1

| In re:   iBeenet, Inc. | CHAPTER          7 |
|---|---|
| | (involuntary) |
| Alleged Debtor(s) | CASE NUMBER      2:09-bk-43072-VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: **ORDER DISMISSING CASE AND ANNULLING STAY RETROACTIVE TO DATE OF FILING**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.       TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*Not Applicable*                                       ☐        Service information continued on attached page

**II.      SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 25, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒        Service information continued on attached page

**III.     SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 25, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST**

☒        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/25/09 | Patti Ann Brundige | /S/ Patti Ann Brundige |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9021-1.1**

| In re:   iBeenet, Inc. | CHAPTER          7 |
|---|---|
| | (involuntary) |
| Alleged Debtor(s) | CASE NUMBER       2:09-bk-43072-VK |

**ADDITIONAL SERVICE INFORMATION**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

*Not Applicable*

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Alleged Debtor**
iBeenet, Inc.
1344 W 39th St
Los Angeles, CA 90062

**Petitioning Creditor**
Rancho LA Estate
Attn:  Cyndi Findley
304 S Plymouth Bl
Los Angeles, CA 90020

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

Hon. Victoria S. Kaufman
Delivered to bin outside of Suite 1682
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012-3332

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                  **F 9021-1.1**

| In re:   iBeenet, Inc. | CHAPTER          7 |
|---|---|
| | (involuntary) |
| Alleged Debtor(s) | CASE NUMBER       2:09-bk-43072-VK |

**NOTE TO USERS OF THIS FORM**:

**1)**      Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**      The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**      **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**      **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)*:  **ORDER DISMISSING CASE AND ANNULLING STAY RETROACTIVE TO DATE OF FILING**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**      **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  December 16, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
Ron Maroko      ron.maroko@usdoj.gov
Edward G Schloss      egs2@ix.netcom.com
Joon W Song      jsong@thesonglawgroup.com
United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

☐      Service information continued on attached page

**II.**      **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Alleged Debtor**
iBeenet, Inc.
1344 W 39th St
Los Angeles, CA 90062

**Petitioning Creditor**
Rancho LA Estate
Attn:  Cyndi Findley
304 S Plymouth Bl.
Los Angeles, CA 90020

☐      Service information continued on attached page

**III.**      **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐      Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 9021-1.1**